**Dismissed and Memorandum Opinion filed March 5, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00848-CR

## GLENN LLOYD KINGHAM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. MD-0330341**

## M E M O R A N D U M   O P I N I O N

Appellant appeals his conviction for driving while license suspended. Appellant filed a notice of appeal on October 16, 2014.

On January 27, 2015, this court ordered a hearing to determine why appellant counsel had not filed the record in this appeal. On January 29, 2015, 2006, the trial court conducted the hearing, and the record of the hearing was filed in this court on February 11, 2015.

Appellant did not appear at the hearing. On February 25, 2015, the trial court signed findings of fact and conclusions of law in which the court found that based on appellant's decision not to appear that appellant no longer desires to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the trial court's finding that appellant does not want to pursue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Jamison, Busby, and Brown.

Do Not Publish — Tex. R. App. P. 47.2(b).